United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16269-amc

Christelle Rejouis     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 12, 2021     Form ID: 155     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christelle Rejouis, 432 N. Lansdowne Ave, Drexel Hill, PA 19026-1125 |
| 14400184 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14400180 | + | Demetrios H. Tsarouhis, Esq., 21 S 9th St., Ste 200, Allentown, PA 18102-4861 |
| 14437581 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14408522 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14408759 | + | FREEDOM MORTGAGE CORPORATION, C/O ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Ste. 1400, Philadelphia, PA 19103-1814 |
| 14562173 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14400181 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14400182 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14400183 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14430610 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14400185 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14400186 | + | Nat Cred Aud, 12770 Coit Rd, Dallas, TX 75251-1336 |
| 14403306 | + | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14437708 | + | Upper Darby Township, c/o John McMullan, Finance Director, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14400189 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14420732 | + | Email/Text: documentfiling@lciinc.com | Jan 13 2021 03:31:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14400174 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 13 2021 03:22:13 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14403137 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 13 2021 03:22:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14430242 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 13 2021 03:22:12 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14405510 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 13 2021 03:22:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14400175 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 13 2021 03:22:12 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14400176 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2021 03:32:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14435158 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2021 03:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-16269-amc    Doc 59    Filed 01/14/21    Entered 01/15/21 00:53:08    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 155 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14400177 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2021 03:32:00 | Cavalry SPV I, LLC as assingee of, Citibank, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 14400179 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2021 03:32:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14400178 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2021 03:32:00 | Credit Collection Serv, Po Box 710, Norwood, MA 02062-0710 |
| 14437823 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2021 03:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14400187 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 13 2021 03:31:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14433202 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2021 03:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14400188 | + | Email/Text: clientservices@sourcerm.com | Jan 13 2021 03:32:00 | Source Receivables Mng, Po Box 4068, Greensboro, NC 27404-4068 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

**Name**    **Email Address**

JASON BRETT SCHWARTZ
  on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

JEROME B. BLANK
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

JOHN L. MCCLAIN
  on behalf of Debtor Christelle Rejouis aaamcclain@aol.com  edpabankcourt@aol.com

MARIO J. HANYON
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION mario.hanyon@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 12, 2021 Form ID: 155 Total Noticed: 31

| | |
|---|---|
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christelle Rejouis
      Debtor(s)                                               Chapter: 13

                                                                    Bankruptcy No: 19−16269−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 12th day of January 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                            Ashely M. Chan
                                                                            Judge ,
                                                                            United States Bankruptcy Court

                                                                                                             57
                                                                                                      Form 155