# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 19-16269-AMC

        CHRISTELLE  REJOUIS

        432 N. LANSDOWNE AVE

        DREXEL HILL, PA 19026-

            Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

        CHRISTELLE  REJOUIS

        432 N. LANSDOWNE AVE

        DREXEL HILL, PA 19026-

Counsel for debtor(s), by electronic notice only.

        JOHN L. MCCLAIN
        JOHN L MCCLAIN AND ASSOCIATES
        PO BOX 123
        NARBERTH, PA 19072-

                                      /S/ William C. Miller

Date: 4/13/2021                  _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee