## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christelle Rejouis <br> <u>Debtor(s)</u> <br><br> FREEDOM MORTGAGE CORPORATION <br> <u>Movant</u> <br> vs. <br><br> Christelle Rejouis <br> <u>Debtor(s)</u> <br><br> and William C. Miller Esq. <br> <u>Trustee</u> | Chapter 13 <br><br> NO. 19-16269 AMC |

### ORDER

AND NOW, this       day of          , 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under <u>11 U.S.C. Sections 362</u> and <u>1301</u> of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 432 North Lansdowne Avenue Drexel Hill, PA 19026.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 19, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list