United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-16269-amc

Christelle Rejouis                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christelle Rejouis, 432 N. Lansdowne Ave, Drexel Hill, PA 19026-1125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 19 2021 23:49:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JEROME B. BLANK | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 19, 2021                            Form ID: pdf900                            Total Noticed: 2

JOHN L. MCCLAIN
                        on behalf of Debtor Christelle Rejouis aaamcclain@aol.com  edpabankcourt@aol.com

MARIO J. HANYON
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                        mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christelle Rejouis | |
| <u>Debtor(s)</u> | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION | |
| <u>Movant</u> | |
| vs. | |
| Christelle Rejouis | NO. 19-16269 AMC |
| <u>Debtor(s)</u> | |
| and William C. Miller Esq. | |
| <u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this          day of                    , 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under <u>11 U.S.C. Sections 362</u> and <u>1301</u> of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 432 North Lansdowne Avenue Drexel Hill, PA 19026.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 19, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list