### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : Chapter 13
        Rejouis, Christelle

                                            :        19-16269

        Debtor

### CERTIFICATE OF SERVICE

     I certify that on  September 15, 2021 , I served by first class regular U.S. mail, postage prepaid and/or by electronic means, I a copy of Debtor's Reimposition of Stay as to Property of the Estate  and Order Requiring Answer and Notice of Hearing to consider motion to below listed creditor and  trustee.


    _"/s/"Mitchell J. Prince, Esquire
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Freedom Mortgage Corp.
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorneys for Movant/Applicant