**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Rejouis, Christelle | |
| Debtor | : 19-16269 |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

The Debtor hereby withdraws the document captioned Motion to Reconsider (related documents Order on Motion For Relief From Stay) and REIMPOSITION OF STAY AS TO PROPERTY OF THE ESTATE filed by Debtor on September 15, 2021 (Docket No. 74).

Date: October 6, 2021

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor