**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
CHRISTELLE  REJOUIS


              Debtor                    Bankruptcy No. 19-16269-AMC


# O R D E R


AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: December 14, 2021**          _____

                                       Honorable Ashely M. Chan
                                       Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
CHRISTELLE  REJOUIS

432 N. LANSDOWNE AVE

DREXEL HILL, PA 19026-