United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16269-amc |
| Christelle Rejouis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christelle Rejouis, 432 N. Lansdowne Ave, Drexel Hill, PA 19026-1125 |
| 14400180 | + | Demetrios H. Tsarouhis, Esq., 21 S 9th St., Ste 200, Allentown, PA 18102-4861 |
| 14437581 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14408522 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14408759 | + | FREEDOM MORTGAGE CORPORATION, C/O ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Ste. 1400, Philadelphia, PA 19103-1814 |
| 14562173 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14400181 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14400182 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14400183 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14400185 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14400186 | + | Nat Cred Aud, 12770 Coit Rd, Dallas, TX 75251-1336 |
| 14403306 | + | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14437708 | + | Upper Darby Township, c/o John McMullan, Finance Director, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14400189 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2021 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 14 2021 23:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14420732 | + | Email/Text: documentfiling@lciinc.com | Dec 14 2021 23:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14400174 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 14 2021 23:40:02 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14403137 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2021 23:39:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14430242 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2021 23:40:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14405510 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2021 23:39:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14400175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 23:39:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14400176 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2021 23:37:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14435158 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2021 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14400177 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2021 23:37:00 | Cavalry SPV I, LLC as assingee of, Citibank, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 14400179 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2021 23:37:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14400178 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2021 23:37:00 | Credit Collection Serv, Po Box 710, Norwood, MA 02062-0710 |
| 14400184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2021 23:39:53 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14437823 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2021 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14430610 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 23:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14400187 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 14 2021 23:37:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14433202 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 14 2021 23:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14400188 | + | Email/Text: clientservices@sourcerm.com | Dec 14 2021 23:37:00 | Source Receivables Mng, Po Box 4068, Greensboro, NC 27404-4068 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 34 |

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

JEROME B. BLANK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

JOHN L. MCCLAIN
    on behalf of Debtor Christelle Rejouis aaamcclain@aol.com  edpabankcourt@aol.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> CHRISTELLE REJOUIS | Chapter 13 |
| Debtor | Bankruptcy No. 19-16269-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 14, 2021**            _____
                                        Honorable Ashely M. Chan
                                        Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
CHRISTELLE REJOUIS

432 N. LANSDOWNE AVE

DREXEL HILL, PA 19026-